THE HONORABLE JOHN V. ACOSTA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FRIENDS OF THE COLUMBIA GORGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> Defendant. | Case No. 3:21-cv-00239-AC <br><br> JOINT STATUS REPORT |

On September 8, 2021, the parties conferred on the status of the case. Settlement discussions in the appeal before the Washington Pollution Control Hearings Board continue and no dates have changed in that matter. The parties will promptly alert the court if this changes before the next joint status report is due on January 7, 2022.

DATED this 10th day of September, 2021.

/s/ *Gary K. Kahn*
**Gary K. Kahn**, OSB #814810
REEVES, KAHN, HENNESSY & ELKINS
P.O. Box 86100
Portland, Oregon 97286
Telephone: (503) 777-5473
Fax: (503) 777-8566
Email: gkahn@rke-law.com

JOINT STATUS REPORT
(Case No. 3:21-cv-00239-AC)
Page 1

REEVES, KAHN, HENNESSY & ELKINS
P.O. Box 86100
Portland, Oregon 97286
(503) 777-5473

*Attorneys for Friends of the Columbia Gorge, Inc.*

/s/ *Nathan J. Baker*
**Nathan J. Baker**, OSB #001980
Email: nathan@gorgefriends.org
/s/ *Steven D. McCoy*
**Steven D. McCoy**, OSB #074643
Email: steve@gorgefriends.org
Friends of the Columbia Gorge, Inc.
333 SW 5th Ave, Ste 300
Portland, OR  97204
Phone:  (503) 241-3762
Fax:     (503) 241-3873
*Attorneys for Friends of the Columbia Gorge, Inc.*

**Scott Erik Asphaug**, OSB #833674
Acting United States Attorney
District of Oregon
/s/ *Sean E. Martin*
**Sean E. Martin**, OSB #054338
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
sean.martin@usdoj.gov
Telephone: (503) 727-1010
*Attorneys for United States Forest Service*

JOINT STATUS REPORT
(Case No. 3:21-cv-00239-AC)
Page 2

REEVES, KAHN, HENNESSY & ELKINS
P.O. Box 86100
Portland, Oregon  97286
(503) 777-5473