THE HONORABLE JEFFREY J. ARMISTEAD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FRIENDS OF THE COLUMBIA GORGE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | Case No. 3:21-cv-00239-AR<br><br>JOINT MOTION TO DISMISS |

IT IS HEREBY STIPULATED AND AGREED that the above-entitled matter should be dismissed with prejudice and without costs or fees to any party. A settlement has been reached in the related appeal before the Washington Pollution Control Hearings Board and dismissal of this case is a requirement of that settlement. Accordingly, the parties move the Court to dismiss this case.

Respectfully submitted this 25th day of May 2022.

/s/ *Steven D. McCoy*
**Steven D. McCoy**, OSB #074643
Email: steve@gorgefriends.org
Friends of the Columbia Gorge, Inc.
123 NE 3rd Avenue, Suite 108
Portland, OR  97232

JOINT MOTION TO DISMISS
(Case No. 3:21-cv-00239-AV)
Page 1

FRIENDS OF THE COLUMBIA GORGE
123 NE 3rd Avenue, Ste 108
Portland, Oregon 97232
(503) 241-3762

Phone: (503) 319-2547
*Attorneys for Friends of the Columbia Gorge, Inc.*

/s/ *Sean E. Martin*
**Sean E. Martin**, OSB #054338
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
sean.martin@usdoj.gov
Telephone: (503) 727-1010
*Attorneys for United States Forest Service*

JOINT MOTION TO DISMISS
(Case No. 3:21-cv-00239-AV)
Page 2

FRIENDS OF THE COLUMBIA GORGE
123 NE 3rd Avenue, Ste 108
Portland, Oregon 97232
(503) 241-3762